```
 1  Phil McGREGOR W. SCOTT
    United States Attorney
 2  ROBERT M. TWISS
    Assistant United States Attorneys
 3  501 I Street, 10th Floor
    Sacramento, California 95814
 4  Telephone:  (916) 554-2767
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  ) CR. No. 06-357 LKK
                               )
12             Plaintiff,      ) Stipulation and Order Continuing
                               ) Matter for Further Proceedings
13        v.                   )
                               )
14  FRANCISCO ZAMORA,          )
                               )
15             Defendant.      )
                               )
16
```

17      It is hereby agreed and stipulated by the United States,
18 through its undersigned counsel, and by defendant Francisco
19 Zamora, through his counsel Phil Cozens, that the sentencing
20 hearing scheduled for Tuesday, April 10, 2007, should be VACATED
21 and CONTINUED until May 22, 2007 at 9:00 a.m.  The continuance is
22 necessary because defendant Zamora has to testify against his co-
23 defendant Faustino Hernandez in order to qualify for his downward
24 departure pursuant to sentencing guideline 5K1.1, and co-
25 defendant Hernandez has not yet either pled guilty or set the
26 matter for trial.  Therefore it is necessary to continue the
27 sentencing of defendant Zamora until after disposition of the
28 case against his co-defendant in order for Zamora to get the

1 | benefit of his plea agreement.

2 |     Accordingly, defendant Zamora and the United States agree
3 | and stipulate that the imposition of judgment and sentence
4 | currently scheduled for April 10, 2007 should be continued until
5 | 9:30 a.m. on Tuesday, May 22, 2007.
6 | Dated: April 8, 2007

```
                                McGREGOR W. SCOTT
                                United States Attorney

                           By:  /S/ Robert M. Twiss
                                ROBERT M. TWISS
                                Assistant U.S. Attorney
```

Dated: April 9, 2007

```
                                FRANCISCO ZAMORA
                                Defendant


                           By:  /S/ Phil Cozens
                                PHIL COZENS
                                Counsel for Defendant
```

## ORDER

It is so ORDERED. The sentencing currently scheduled for April 10, 2007, is VACATED and CONTINUED until May 22, 2007 at 9:30 am for defendant Zamora ONLY.

Dated: April 9, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT