Philip Cozens SBN# 854051
LAW OFFICE OF PHILIP COZENS
1007 Seventh Street, Suite 500
Sacramento, CA  95814
Telephone:  (916) 443-1504

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:06-cr-0357 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING TO MAY 30, 2007 |
| vs. | ) |
| FRANCISCO ZAMORA, | ) Date:  May 22, 2007<br>) Time:   9:30 a.m.<br>) Courtroom:  Karlton |
| Defendant | ) |

It is stipulated between the United States Attorney as represented by Robert M. Twiss, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the status hearing in the above entitled case be continued from May 22, 2007 at 9:30 a.m. to May 30, 2007 at 9:30 a.m. in the same Courtroom.  Defendant's attorney, Philip Cozens, is presently in trial on a murder case in San Bernardino County which he anticipates should finish around the last week of May 2007.  It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on May 22, 2007, but must appear on May 30, 2007.  it is further stipulated that time should be excluded from the speedy trial right  from May 22, 2007 through and including May 30, 2007 for defense preparation.

Dated this 18th day of May, 2007

___/s/ Robert M. Twiss_____                            __/s/ Philip Cozens_____
Robert M. Twiss                                                              Philip Cozens, Attorney
Assistant United States Attorney                                   Francisco Zamora

**ORDER**

The Court, having read and considered the Stipulation to Continue the Sentencing Hearing to May 30, 2007, and finding good cause therefore, the Court hereby orders the following:

1) that the sentencing hearing in the above-entitled case be continued from May 22 2007 at 9:30 a.m. to May 29, 2007 at 9:30 a.m. in the same Courtroom;

2) that Defendant need not appear in Court on May 22, 2007, but must appear on May 30, 2007; and

3) time will be excluded for defense attorney preparation until May 30, 2007.

Dated:  May 21, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT