Philip Cozens SBN# 854051
LAW OFFICE OF PHILIP COZENS
1007 Seventh Street, Suite 500
Sacramento, CA  95814

Telephone:  (916) 443-1504

Attorney for Defendant
Francisco Zamora

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-0357 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING TO SEPTEMBER 11, 2007 |
| vs. | |
| FRANCISCO ZAMORA, | Date:    July 31, 2007
Time:    9:30 a.m.
Courtroom:  Karlton |
| Defendant | |

It is stipulated between the United States Attorney as represented by Robert M. Twiss, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the status hearing in the above entitled case be continued from July 31, 2007 at 9:30 a.m. to September 11, 2007 at 9:30 a.m. in the same Courtroom.  Defendant is scheduled to receive sentence reductions after he fulfills certain conditions for the government.  It is anticipated that these conditions should be fulfilled by September 11, 2007.It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on July 31, 2007, but must appear on September 11, 2007.  it is further stipulated that time should be excluded from the speedy trial right  from July  31, 2007 through and including September 11, 2007 for defense preparation.

Dated this 26th day of July, 2007

____/s/ Robert M. Twiss_____          __/s/ Philip Cozens_____
Robert M. Twiss                                              Philip Cozens, Attorney
Assistant United States Attorney                      Francisco Zamora

STIPULATION AND ORDER - ZAMORA - 1

**ORDER**

The Court, having read and considered the Stipulation to Continue the Sentencing Hearing to September 11, 2007, and finding good cause therefore, the Court hereby orders the following:

1) that the sentencing hearing in the above-entitled case be continued from July 31, 2007 at 9:30 a.m. to September 11, 2007 at 9:30 a.m. in the same Courtroom;

2) that Defendant need not appear in Court on July 31, 2007, but must appear on May September 11, 2007; and

3) time will be excluded for defense attorney preparation until September 11, 2007.

Dated: July 30, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT